**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

R.M.,

Petitioner,

v.

MARKWAYNE MULLIN, ETC., ET AL.,

Respondents.

No. ED CV 26-4477-E

ORDER FOR ENTRY OF JUDGMENT

On August 7, 2026, Petitioner, a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for a Writ of Habeas Corpus, etc." ("the Petition"). The Petition contends, inter alia, that Petitioner's arrest and detention violated Petitioner's due process rights. The Petition seeks, inter alia, Petitioner's immediate release from detention, an injunction against re-detention absent compliance with 8 C.F.R. sections 241.4 and 241.13 and procedural protections regarding possible removal of Petitioner to a third country.

On August 14, 2026, Respondents filed "Respondent's Answer to Petition for Writ of Habeas Corpus" ("the Answer"). The Answer states: "Respondents are not presenting an opposition argument at this time." Given the urgency of the matter, the Court is ruling in advance of the deadline for Petitioner's Reply.

///

Based on the factual allegations in the Petition, the Court finds that Petitioner's arrest and detention violated Petitioner's due process rights. Therefore, it is ordered that Judgment be entered: (1) requiring Respondents to release Petitioner from detention immediately; (2) enjoining Respondents from re-detaining Petitioner absent compliance with 8 C.F.R. sections 241.4 and 241.13; and (3) enjoining Respondents from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an immigration judge.[1]

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 17, 2026.

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

[1] Petitioner has not justified any different or additional relief on the present record.