JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.M.,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, ETC., ET AL.,<br><br>Respondents. | No. ED CV 26-4477-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," it is adjudged that: (1) Respondents must release Petitioner from detention immediately; (2) Respondents are enjoined from re-detaining Petitioner absent compliance with 8 C.F.R. sections 241.4 and 241.13; and (3) Respondents are enjoined from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an immigration judge.

DATED: August 17, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE